# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1160**                              **September Term, 2023**

**USTC-13499-16W**

**Filed On:** July 16, 2024

Thomas Shands,

      Appellant

    v.

Commissioner of Internal Revenue,

      Appellee

   **BEFORE:**    Pillard, Walker, and Pan, Circuit Judges

# <u>UNDER SEAL OPINION NOT AVAILABLE TO PUBLIC</u>